FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

DEC 3 0 2004

LARRY W. PROPES, CLERK
CHARLESTON, SC

| | |
|---|---|
| Zachary Strickland, Jerry I. Strickland ) <br> and Marsha Strickland ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> Ford Motor Company and Fair Bluff ) <br> Motors, Inc. ) <br> Defendants ) <br> ) | Civil Action No.: 4:00-1391-25-27 |

## FORD MOTOR COMPANY'S MOTION IN
## LIMINE TO EXCLUDE PROFESSOR JOHN FREEMAN

Ford Motor Company ("Ford"), by counsel, moves in limine to exclude plaintiffs'

designated expert witness, Professor John Freeman, from testifying at the trial of this action on

the grounds that Professor Freeman is not qualified to render the opinions for which he is

designated; Professor Freeman lacks a proper foundation for his opinions; Professor Freeman's

proposed testimony is not properly the subject of expert testimony; and Professor Freeman's

testimony is not relevant and is otherwise inadmissible; all as set forth in detail in Ford's

Memorandum In Support Of Motion To Exclude Professor John Freeman, filed with this motion.

FORD MOTOR COMPANY

December 31, 2004

By Counsel

Fed ID #64657

John S. Wilkerson, III
J. Rene Josey
TURNER, PADGET, GRAHAM & LANEY, P.A.
Post Office Box 22129
Charleston, South 29413

1

Rosewell Page, III
J. Tracy Walker, IV
McGUIREWOODS, LLP
One James Center
901 East Cary Street
Richmond, Virginia
(804) 775-1000
Counsel for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion was mailed, postage prepaid to the following counsel of record:

> J. Edward Bell, III
> J. EDWARD BELL, III, LL.C.
> 232 King Street
> Post Office Box 2590
> Georgetown, South Carolina 29442

and hand-delivered to the following counsel of record:

> Joseph F. Rice
> Rhett D. Klok
> Frederick J. Jekel
> Kevin R. Dean
> MOTLEY & RICE, LLC
> 28 Bridgeside Boulevard
> Post Office Box 1792
> Mount Pleasant, South Carolina

this 3rd day of January, 2005.

_____
Diane A. Bolton

3