IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Zachary Strickland, Jerry Strickland and Marsha Strickland, | ) ) ) | **C. A. No. 4:00-1391-RBH** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **ORDER FOR RETURN OF PROTECTED DOCUMENTS** |
| Ford Motor Company and Fair Bluff Motors, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

Third Party, Magna Donnelly, on August 10, 2005, moved this Court for an Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, compelling Plaintiffs to return any and all trade secret or other proprietary, confidential, or other sensitive business information produced by Magna Donnelly ("Protected Documents") pursuant to one or more subpoenas in the above matter. Specifically, Magna Donnelly's Motion sought the return of all copies of the Protected Documents in any form whatsoever, including, but not limited to, written, scanned, electronic or otherwise. That Motion was based upon the Consent Protective Order, entered by this Court, on September 16, 2004, including, but not limited to, Paragraph 11 as well as a concurrently filed Memorandum of Law.

All interested parties were served with the Motion by counsel for Magna Donnelly by August 16, 2005. Since that time, however, none of Plaintiffs' counsel has responded to the Motion and so it is presumed none has any objection and same **IS HEREBY GRANTED**.

**AND IT SO ORDERED** that Plaintiffs and their counsel return any and all documents, in any form whatsoever, including, but not limited to, written, scanned, electronic or otherwise, protected by

the Consent Protective Order entered by this Court on September 16, 2004 within 10 days of this Order.

s/ R. Bryan Harwell

R. Bryan Harwell
United States District Judge

Florence, South Carolina
September 9, 2005